No. 86–5880. LEMMONS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 86–5889. BOYD v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 86–5900. ATWELL v. BLACKBURN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 86–5930. GRANADO v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. 

No. 86–5952. TRUNZO v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 86–5974. OWENS v. QUINLAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–6009. GREGG v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 86–6057. ROJAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–6067. NUNLEY v. JOHNSON, ATTORNEY GENERAL OF OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 86–6179. MATTHEWS v. SCULLY, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–6180. BURNS v. TRICKEY. C. A. 8th Cir. Certiorari denied.

No. 86–6184. ROSARIO v. THOMAS. C. A. 7th Cir. Certiorari denied.

No. 86–6185. VINCENT v. BROWN, JUDGE. Ct. App. La., 1st Cir. Certiorari denied.

No. 86–6190. CRAIG v. FLEMING ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–6196. HUMPHREY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.